IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL J. SMITH and<br>MARCIA SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>TRIPLE B TRUCKING, LLC and<br>GREGORY PETERSON,<br><br>Defendants,<br><br>NATIONAL INDEMNITY COMPANY<br>OF THE SOUTH,<br><br>Garnishee Defendant. | ) | CAUSE NO.: 3:16-cv-194-MPB-RLY |

**MOTION FOR POST-JUDGMENT INTEREST**

Plaintiffs Michael J. Smith and Marcia Smith move the Court for an order requiring Defendants Triple B Trucking, LLC Gregory Peterson and National Indemnity Company of the South to pay post-judgment interest pursuant to 28 U.S.C. § 1961. Said motion is made and based upon the following:

1. On September 21, 2016, Plaintiff filed a Complaint for judgment against Defendants and post-judgment interest.
2. On July 16, 2018, the Court entered final judgment in favor of Plaintiffs in the amount of $500,000.00. Dkt. No. 88.
3. Neither Defendants nor Defendants' insurer, Garnishee Defendant National Indemnity Company of the South have made any payments since the Court's entry of final judgment.

4. 28 U.S.C. § 1961(a) provides that interest shall be allowed on any money judgment in a civil case recovered in a district court.
5. 28 U.S.C. § 1961(b) provides that interest shall be computed daily to the date of payment and shall be compounded annually.
6. On July 16, 2018, the date when the Court entered final judgment, the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, was 2.35%.
7. The daily interest rate for this judgment is .00644%.

Wherefore, Plaintiffs respectfully request the Court enter an Order allowing post-judgment interest at the daily rate of .00644% and for any and all other relief the Court deems proper under the circumstances.

Respectfully submitted,

/s/ Noah Thomas
Stephen Hensleigh Thomas, #557-82
Noah Cartwright Thomas, #33746-82
Neil B. Chapman, #17902-71
CHAPMAN LAW LLC
420 Main Street, Suite 1202
Evansville, IN 47708
Telephone: 812.426.0600
Fax: 866.543.0024
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2018, a copy of the foregoing **Plaintiffs' Motion for Post-Judgment Interest** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ Noah C. Thomas
Noah C. Thomas